1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-06-0325 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER |
| | ) | CONTINUING JUDGMENT AND |
| v. | ) | SENTENCE |
| | ) | |
| FERNANDO MALONEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Fernando MALONEY, by his counsel, Gilbert Roque, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of December 7, 2007, at 9:00 a.m. should be continued to December 14, 2007, at 9:00 a.m.


Dated: December 6, 2007        /s/Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney


Dated: December 6, 2007        /s/Jason Hitt
                               Authorized to sign for Ms. Barbour
                               on 12-06-07
                               GILBERT ROQUE, Esq.
                               Counsel for MALONEY

_____

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the judgement and sentencing date of December 7, 2007, at 9:00 a.m., is CONTINUED to December 14, 2007, at 9:00 a.m.


IT IS SO ORDERED.

Date:   December 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge